IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHERON R. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | No: 18-CV-00926 |
| v. | ) | |
| | ) | |
| CHICAGO STATE UNIVERSITY BOARD | ) | |
| OF TRUSTEES, CECIL B. LUCY, | ) | |
| RACHEL LINDSEY, and ANDRE RUSSELL. | ) | |
| | ) | |
| Defendants. | ) | **JURY DEMANDED** |

## STIPULATION TO DISMISS AND VOLUNTARY NOTICE OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants Chicago State University Board of Trustees, Cecil B. Lucy, and Rachel Lindsey, by and through their respective attorneys, that this matter has been settled pursuant to the Settlement and Release Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice, with each party bearing its own costs and attorneys' fees in accordance with the terms of the Settlement and Release Agreement.

Plaintiff voluntarily dismisses Defendant Andre Russell with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

1

Respectfully Submitted,

Attorney for Plaintiff
/s/ Stephen Berrios
Stephen Berrios
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590
Attorney Number: 6305475




Attorney for Defendants Chicago State University Board of Trustees,
Cecil B. Lucy, Rachel Lindsey
/s/ Stephanie Seay Kelly
Stephanie Seay Kelly
Deputy General Counsel
Chicago State University
Office of Labor & Legal Affairs
9501 S.King Drive, ADM 318
Chicago, IL 60628
(773) 995-3524

## CERTIFICATE OF SERVICE

Stephen Berrios hereby certifies that a copy of the foregoing was served upon all opposing counsel via the CM/ECF email system and to the Chicago State University Deputy Counsel, via email.

<u>/s/ Stephen Berrios</u>
One of the Attorneys for Plaintiff
Stephen Berrios
Shiller Preyar Law Offices
601 S. California Ave.
Chicago, IL 60612
(312) 226-4590